DOROTHEA NAGLE, respondent,

*v.*

HARRY CONARD et al., appellants.

[Argued March 7th, 1912. Decided June 20th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *79 N. J. Eq. (9 Buch.) 124.*

*Mr. Frank J. Higgins, Mr. Thomas Brown* and *Messrs. Woodbridge & March,* for the respondent.

*Mr. Adrian Lyon,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY—15.

*For reversal*—None.